IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
vs.  )   CIVIL NO. 3:10CV00007
  )
MICHAEL P. SLAWON,  )
a.k.a. MICHAEL P. SLOWON,  )
        Defendant.  )

## **CONSENT JUDGMENT**

THIS CAUSE coming on to be heard before the undersigned Judge, and it appearing to the Court, and the Court finding as a fact that all matters in controversy set out in the pleadings have been agreed upon by the parties, and that the plaintiff has agreed to accept the principal sum of $23,133.99, plus interest in the amount of $43,994.17, accrued pursuant to the terms listed in the complaint, for a total debt of $67,128.16 as of January 13, 2010 , and continuing to accrue until the date of judgment herein at the rate of 5.00 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, together with $350.00 in costs, as settlement in full accord and satisfaction thereof.

Interest shall accrue thereon at the determined Treasury post-judgment interest rate computed daily and compounded annually.

The defendant agrees that the Plaintiff will submit this debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

NOW, THEREFORE, BY CONSENT, IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff have and recover of the defendant the principal sum of $23,133.99, plus interest in the amount of $43,994.17, plus 5.00 percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $67,128.16 as of January 13, 2010, and continuing to accrue until the date of judgment herein at the rate of 5.00 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually.

This the 19th day of January 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

WE CONSENT:

_____
JENNIFER A. YOUNGS
Assistant United States Attorney
NCSB# 23925

DATE: 1.13.2010

_____
MICHAEL P. SLAWON
Defendant

DATE: January 13, 2010